UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- x
MILTON WILLIAMS, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

          Plaintiffs,

          v.

RHYTHM OF LIFE CORP.,

          Defendant.
-------------------------------------- x

No.: 1:22-cv-2718

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), MILTON WILLIAMS, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, RHYTHM OF LIFE CORP., without prejudice and without fees and costs.

Dated: New York, New York
       August 12, 2022

                                                        **GOTTLIEB & ASSOCIATES**

                                                        */s/Michael A. LaBollita, Esq.*

                        Michael A. LaBollita, Esq., (ML-9985)
                              150 East 18th Street, Suite PHR
                                        New York, NY 10003
                                          Phone: (212) 228-9795
                                              Fax: (212) 982-6284
                                          Michael@Gottlieb.legal

                                                      *Attorneys for Plaintiffs*

Dated:   August 15, 2022
            New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE